507 A.2d 388

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellants,**

v.

**RUFF EDGE FARMS, INC., Appellee.**

Supreme Court of Pennsylvania.

April 16, 1986.

Leroy S. Zimmerman, Atty. Gen., Kathleen F. McGrath, Deputy Atty. Gen., Allen G. Warshaw, Chief/Litigation Section, Harrisburg, for appellants.

Joseph Devanney, King of Prussia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

**ORDER**

PER CURIAM.

AND NOW, this 16th day of April, 1986, the above-captioned appeal is DISMISSED AS MOOT.

HUTCHINSON, J., dissents.